UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | 5:13-CR-096-JMH-MAS-4 |
| v. | ) | |
| | ) | **ORDER** |
| SUSAN MICHELE ESTES, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*

This matter comes before the Court on Defendant Susan Michele Estes's November 25, 2019, Final Hearing on Supervised Release Violation. [DE 173]. On November 27, 2019, Magistrate Judge Matthew A. Stinnett entered a Report and Recommendation [DE 174] in which he recommended the following: Estes be found guilty of all violations; revocation of supervised release with a term of incarceration of ten (10) months; no term of supervised release to follow; and to the extent possible, Estes be permitted to serve her term of imprisonment at a facility other than FCI Hazelton because a facility closer to central Kentucky will increase the likelihood that Estes will stay in contact with her support system as well as ensure her safety. On December 9, 2019, Estes filed a Waiver of Allocution. [DE 175-1]. Estes has filed no objection to Magistrate Judge Stinnett's Report and Recommendation [DE 174].

Having considered the matter fully, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) Magistrate Judge Stinnett's Report and Recommendation [DE 174] is **ADOPTED** in its entirety;

(2) Estes is found guilty of all violations;

(3) Estes's supervised release is revoked;

(4) Estes shall serve a term of incarceration of ten (10) months; and

(5) To the extent possible, the Court asks that Estes be permitted to serve her term of imprisonment at a facility other than FCI Hazelton because a facility closer to central Kentucky will increase the likelihood that Estes will stay in contact with her support system as well as ensure her safety.

This the 16th day of January, 2020.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge